FILED
CLERK, U.S. DISTRICT COURT

Nov 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVES SAINT LAURENT INTERNATIONAL B.V., <br><br> Plaintiff, <br><br> v. <br><br> REVLON, INC. and REVLON CONSUMER PRODUCTS CORPORATION, <br><br> Defendants. | CASE NO. 2:16-cv-02405-SVW-SSx <br><br> [~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE <br><br><br> Complaint Filed: April 8, 2016 <br> FAC Filed: September 22, 2016 |

The Court, having reviewed and considered the Parties' Stipulation and for good cause appearing therefor, hereby approves the Stipulation and orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1. This action is dismissed without prejudice; and
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 4, 2016

Stephen V. Wilson
Judge, United States District Court